435 A.2d 250

American Foodservice Corp. v. Horizon Importing,
Inc., Appellant.

Argued June 10, 1980.   John O'Rourke, for appellant;   Hugh M. Emory, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 251

Columbus et al. v. Zayre Dept. Store.

Appeal of Elizabeth Columbus.

Argued November 15, 1979.   Michael A. Della Vecchia, for appellant (at No. 1072) and appellee (at No. 1904);   Charles Kirshner, for appellant (at No. 1904) and appellee (at No. 1072).

Before PRICE, HESTER and CAVANAUGH, JJ.

The judgment, as modified in the order of May 25, 1978 by the removal of a non-suit on the slander count as to Elizabeth Columbus, is affirmed.

CAVANAUGH, J., filed a memorandum concurring opinion.